# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| NOEMI FAZ, Individually and on § <br> Behalf of All Others Similarly Situated § <br> § <br> v. § <br> § <br> CHEESESTEAK HOUSE SPORTS & § <br> BAR, LLC d/b/a BARRA LIBRE and § <br> JOEL PADILLA § | CIVIL ACTION NO. 3:23-CV-2035-S |

## ORDER

The Court has been advised that the parties require at least sixty days to finalize the settlement of this case. Accordingly, the Court **ORDERS** that this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to it being reopened upon a motion by any party to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

SIGNED November 14, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**