IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Noemi Faz, individually and on behalf of all others similar situated under 29 U.S.C. § 216(b)**<br><br>*Plaintiffs,*<br><br>v.<br><br>**Cheesesteak House Sports & Bar, LLC d/b/a Barra Libre, and Joel Padilla**<br><br>*Defendants.* | No. 3:23-cv-02035-S<br><br>**APPENDIX IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT** |

**PLAINTIFF'S APPENDIX IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT**

Plaintiff files this Appendix in Support of Plaintiff's Unopposed Motion to Approve Collective Action Settlement. The Appendix contains:

| Exhibit | Description |
|---|---|
| A | Settlement Agreement (incl. Exhibits 1 and 2) |
| B | Declaration of Drew N. Herrmann |
| | Proposed Order |

\*   \*   \*

1

Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    *drew@herrmannlaw.com*
    Pamela G. Herrmann
    Texas Bar No. 24104030
    *pamela@herrmannlaw.com*

    **HERRMANN LAW, PLLC**
    801 Cherry St., Suite 2365
    Fort Worth, TX 76102
    Phone: 817-479-9229
    Fax: 817-887-1878
    ATTORNEYS FOR PLAINTIFF
    AND COLLECTIVE MEMBERS