# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NOEMI FAZ, Individually and on Behalf of All Others Similarly Situated | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2035-S |
| CHEESESTEAK HOUSE SPORTS & BAR, LLC d/b/a BARRA LIBRE and JOEL PADILLA | § § § § | |

## ORDER

This Order addresses Plaintiff Noemi Faz's Unopposed Motion to Approve Collective Action Settlement [ECF No. 11]. The Court finds that a bona fide dispute exists and that the parties reached the settlement fairly and equitably. *See Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 255 (5th Cir. 2012). The Court therefore **GRANTS** the Motion and **ORDERS** that this action is **DISMISSED** in its entirety, with prejudice, subject to the terms of the Settlement Agreement. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED February 2, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**